```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03105
  CARMEN J RAGANO
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1001


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 03/27/2006 and was confirmed 05/18/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated 100.00% from remaining funds.

      The case was paid in full 08/18/2008.
------------------------------------------------------------------------------
 CREDITOR NAME                  CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
 CITIZENS AUTOMOBILE FINA  SECURED NOT I         .00              .00           .00
 CITIZENS AUTOMOBILE FINA  UNSECURED       NOT FILED              .00           .00
 B-LINE LLC                UNSECURED         8900.51              .00       8900.51
 VALUE CITY                NOTICE ONLY     NOT FILED              .00           .00
 WORLD FINANCIAL NETWORK   UNSECURED         4690.53              .00       4690.53
 GROCHOCINSKI & GROCHOCIN  DEBTOR ATTY          .00                             .00
 TOM VAUGHN                TRUSTEE                                           899.60
 DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE             14,490.64

 PRIORITY                                        .00
 SECURED                                         .00
 UNSECURED                                 13,591.04
 ADMINISTRATIVE                                  .00
 TRUSTEE COMPENSATION                         899.60
 DEBTOR REFUND                                   .00
                   --------------         --------------
 TOTALS              14,490.64              14,490.64




               PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 03105 CARMEN J RAGANO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                          /s/ Tom Vaughn

Dated: 11/20/08                                _____
                                                        TOM VAUGHN
                                                        CHAPTER 13 TRUSTEE